IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

FORREST C. REEVES     PLAINTIFF

v.     No. 2:22-cv-232-DPM

ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS     DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Reeves hasn't filed an amended complaint; and the time to do so has passed. *Doc. 4.* His mail is being returned. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 February 2023