# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**FORREST C. REEVES**                                              **PLAINTIFF**

v.                          No. 2:22-cv-232-DPM

**ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS**                   **DEFENDANTS**

## JUDGMENT

Reeves's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

22 February 2023